

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Laura Foulk and James Foulk, Individually and on behalf of all others similarly situated, | Civil Action No. 20-cv-1876-MMA-BLM |
| **Plaintiff,** | |
| V. | |
| Diamond Resorts Holdings, LLC d/b/a Diamond Resorts also d/b/a Diamond Resorts International; Diamond Resorts Financial Services, Inc.; and Monarch Grand Vacation Owners Association **Defendant.** | **JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

For the reasons set forth in the Court's Order to Show Cause and stated on the record during the February 22, 2021 Show Cause Hearing, the Court dismissed the action without prejudice.

**Date:**    2/22/21

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  T. Ferris

T. Ferris, Deputy